# DeMint Law, PLLC

**Anthony N. DeMint**
Managing Member

3753 Howard Hughes Parkway
Second Floor, Suite 314
Las Vegas, Nevada  89169

Direct Dial:        (702) 714-0889
Facsimile:          (702) 442-7995
email:          anthony@demintlaw.com

February 23, 2018

<u>Filed Via ECF</u>
United States District Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    <u>SEC v. Premier Holding Corp., et. al., 17 Civ. 9485 (LGS)</u>

Your Honor:

      I am the lead counsel representing Defendants Premier Holding Corporation and Randall Letcavage in the above action. I write to request permission to appear telephonically at the February 28, 2018 initial pre-trial conference.

      Preliminarily, please note that it is my ordinary practice to appear in person at court hearings, both out of respect to the Court and also because telephonic participants, in my experience, often find themselves at a disadvantage for various reasons.

      In this instance, however, a personal appearance would be highly impractical for me. On February 27, 2018, the day before the conference, I have a scheduled appointment to appear with a client to give testimony related to a criminal case in Arizona. As such, it would be exceedingly difficult for me to appear in person in New York the following morning, particularly given that the uncertainties inherent in air travel when traveling from the West to the East Coast.

      Thus, I respectfully and reluctantly ask that the Court permit me to participate in the February 28, 2018 conference via telephone. Thank you in advance for your consideration of this request.

                                    Respectfully submitted,

                                      Anthony N. DeMint

cc:    Counsel of record (by ECF)