```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                  Plaintiff,                :   17 Civ. 9485 (LGS)
                                                            :
                -against-                                   :   ORDER
                                                            :
PREMIER HOLDING CORPORATION, et al.,                        :
                                                            :
                                  Defendants.               X
-------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/18

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 28, 2018, a conference was held. For the reasons stated in the conference, it is hereby

**ORDERED** that Defendants' motion to dismiss is due on **March 16, 2018**. Plaintiff's opposition is due on **April 6, 2018**, and Defendants' reply is due on **April 13, 2018**. It is further

**ORDERED** that a conference will be held on **April 25, 2018**, at **10:40 a.m.**, for an oral ruling on the motion. The parties may attend this conference by phone. Any parties wishing to appear by phone shall call Chambers jointly at (212) 805-0288 at the appointed date and time.

Dated: February 28, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**