```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                                     :
                        Plaintiff,   :   17 Civ. 9485 (LGS)
                                     :
            -against-                :   ORDER
                                     :
PREMIER HOLDING CORPORATION, et al.  :
                                     :
                        Defendants.  :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/18

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on May 2, 2018. For the reasons stated in the conference, it is hereby

**ORDERED** that Defendants' motion to dismiss the Complaint for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) is DENIED. Defendants' motion to transfer the case to the Central District of California pursuant to 28 U.S.C. § 1404(a) is GRANTED. It is further

**ORDERED** that the parties need not file a status letter as set forth in paragraph 13(a) of the Order dated February 28, 2018.

The Clerk of Court is respectfully directed to transfer this case to the Central District of California and to close the motion at Docket No. 29.

Dated: May 2, 2018
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE